FILED
CLERK, U.S. DISTRICT COURT

NOV 1 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ISHMAEL MIZRAHI,                    )    NO. CV 09-6964-JFW(E)
                                    )
                Plaintiff,          )
                                    )
        v.                          )    JUDGMENT
                                    )
SARGENT ARBALLO, et al.,            )
                                    )
                Defendants.         )
_____ )

        IT IS ADJUDGED that the action is dismissed without prejudice.

        DATED: _____, 2011.


                        _____
                                JOHN F. WALTER
                        UNITED STATES DISTRICT JUDGE